SWIFT, Appellant, v. ASPELL & CO., Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Charles L. Swift against Aspell & Co. G. L.

Carlisle, for appellant. L. W. Stotesbury, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.